**Electronically Filed
Supreme Court
SCWC-11-0000802
02-JAN-2013
12:43 PM**

SCWC-11-0000802

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellant,

vs.

RUBIN IKOA CASUGAY-BADIANG, Petitioner/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000802; CR. NO. 11-1-0523)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
AND ORDERING SUPPLEMENTAL BRIEFING
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellee Rubin Ikoa Casugay-Badiang's application for writ of certiorari filed on November 16, 2012, is hereby accepted and will be scheduled for oral argument.

The parties will be notified by the appellate clerk regarding scheduling.

IT IS FURTHER ORDERED that each of the parties shall file a supplemental brief by January 31, 2013, not to exceed ten

pages in length, addressing the effect (if any) of State v. Lau,

73 Haw. 259, 831 P.2d 523 (1992) on this appeal.

DATED:  Honolulu, Hawaiʻi, January 2, 2013.

Summer M. M. Kupau                    /s/ Mark E. Recktenwald
for petitioner
                                      /s/ Paula A. Nakayama
James M. Anderson
for respondent                        /s/ Simeon R. Acoba, Jr.

                                      /s/ Sabrina S. McKenna

                                      /s/ Richard W. Pollack

